## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Kristen Yukna, et al.
        Plaintiff,

v.               Case No.: 1:16–cv–09279
                Honorable Jorge L. Alonso

Sterling Jewelers, Inc.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 23, 2017:

  MINUTE entry before the Honorable Jorge L. Alonso: Motion hearing held. For the reasons stated on the record, Plaintiffs' motions for leave to file an amended complaint [37] and [39] are denied. Parties' joint oral motion to extend fact discovery deadline, for discovery already issued and previously set depositions, is granted to 9/22/17. Status hearing previously set for 9/13/17 is stricken and reset to 10/4/17 at 9:30 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.