# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Kristen Yukna, et al.
                    Plaintiff,

v.                                          Case No.: 1:16–cv–09279
                                            Honorable Jorge L. Alonso

Sterling Jewelers, Inc.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 13, 2017:

    MINUTE entry before the Honorable Jorge L. Alonso: Motion hearing held. Plaintiffs' motion for reconsideration [49] is taken under advisement. Defendants' response shall be filed by 9/27/17. Plaintiffs' reply in support shall be filed by 10/4/17. Status hearing previously set for 10/4/17 is stricken and reset to 10/19/17 at 9:30 a.m. Notice mailed by judge's staff(ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.