UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Kristen Yukna, et al.
                              Plaintiff,

v.                                          Case No.: 1:16–cv–09279
                                            Honorable Jorge L. Alonso

Sterling Jewelers, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 19, 2017:

      MINUTE entry before the Honorable Jorge L. Alonso: Status hearing held. Plaintiffs' Motion for Reconsideration [49] is granted for the reasons stated on the record. First amended complaint shall be filed on or before 10/23/17. Defendant intends to file a motion to dismiss and shall do so on or before 12/15/17. Plaintiffs' response shall be filed on or before 1/15/18 and Defendant's reply shall be filed on or before 2/15/18. Status hearing set for 11/21/17 at 9:30 a.m. In accordance with Judge Alonso's case management procedures, the parties shall file a joint status report three days prior to the next status hearing. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.